JUNE COLEMAN, SBN 191890
jcoleman@kmtg.com
CANDICE L. FIELDS, SBN 172174
cfields@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN
& GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA  95814
Telephone:  (916) 321-4500
Facsimile:   (916) 321-4555

Attorneys for Defendant PATENAUDE &
FELIX, a Professional Corporation

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARY ELLEN ARROYO,<br><br>          Plaintiff,<br><br>v.<br><br>PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation,<br><br>          Defendant. | CASE NO.  1:10-cv-00784-AWI-SKO<br><br>**NOTICE OF APPEARANCE** |

Candice L. Fields, of the law firm of Kronick, Moskovitz, Tiedemann & Girard, hereby enters her appearance on behalf of Defendant, PATENAUDE & FELIX, a Professional Corporation.

Dated: July 6, 2010

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: /s/ Candice L. Fields
     Candice L. Fields
     Attorneys for Defendant
     PATENAUDE & FELIX, a Professional Corporation