Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
MARY ELLEN ARROYO

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| MARY ELLEN ARROYO,<br><br>            Plaintiff,<br>    v.<br><br>PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation,<br><br>            Defendants. | Case No. 1:10-CV-00784-AWI-SKO<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, MARY ELLEN ARROYO, and Defendant, PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, MARY ELLEN ARROYO, against Defendant, PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

1  Dated: January 28, 2011                    /s/ Fred W. Schwinn
                                              Fred W. Schwinn, Esq.
2                                             Attorney for Plaintiff
                                              MARY ELLEN ARROYO
3

4
   Dated: January 28, 2011                    /s/ Candice L. Fields
5                                             Candice L. Fields, Esq.
                                              Attorney for Defendant
6                                             PATENAUDE & FELIX, A PROFESSIONAL
                                              CORPORATION
7

8
                                    **ORDER**
9

10     Based on the parties' stipulation, the Clerk of the Court is DIRECTED to close this action.

11

12  IT IS SO ORDERED.

13
    Dated:   February 2, 2011            _____
14                                        CHIEF UNITED STATES DISTRICT JUDGE